**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

Nos. 92-5208 & 93-4090
_____

BILLY J. HALE,

      Plaintiff-Appellee,

vs.

CARL TOWNLEY, *et al.*,

      Defendants-Appellants.

BILLY J. HALE,

      Plaintiff-Appellant,

vs.

CARL TOWNLEY, *et al.*,

      Defendants-Appellees.

-------------------------------------------------------------------
Appeals from the United States District Court for the
Western District of Louisiana
-------------------------------------------------------------------

**Opinion on Reconsideration**

(May 13, 1994)

Before REAVLEY and DAVIS, Circuit Judges, and ROSENTHAL, District Judge.[*]

PER CURIAM:

      This court has noted, sua sponte, that a footnote in the opinion issued on May 3, 1994 conflicts with an opinion issued by another panel of this court dated April 29, 1994. Footnote 1 of this court's opinion stated that the application of

---

[*]District Judge of the Southern District of Texas, sitting by designation.

*Hudson v. McMillian*, --- U.S. ---, 112 S. Ct. 995, 117 L. Ed. 2d 156 (1992), to Fourth Amendment claims was undecided in the Fifth Circuit.  In *Harper v. Harris County, Texas*, CA No. 93-2062, another panel of this court held that "[a] plaintiff is no longer required to prove significant injury to assert a section 1983 Fourth Amendment excessive force claim."  This court strikes footnote 1 from its earlier opinion.  This court's opinion remains otherwise unchanged.